CENTRAL HANOVER BANK AND TRUST COMPANY, Appellant, *v.* FREDERICK KRAFT et al., Respondents.

(Submitted October 19, 1936; decided October 23, 1936.)

*Otto A. Samuels* for motion.

*Francis S. Bensel* and *W. Frederick Knecht* opposed.

Motion denied, with ten dollars costs.